IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT E. MEADE | : |
| Plaintiff | : |
| v | : Civil Action No.: MJG-02-1451 |
| JUDGE GAIL SHAFFER<br>JUDGE JUDITH DUCKETT<br>JUDGE NANCY PHELPS and<br>THE ORPHANS' COURT FOR ANNE<br>    ARUNDEL COUNTY | :<br><br>: |
| Defendants | : |

...oOo...

### ORDER

For the reasons stated in the foregoing Memorandum it is this _____ day of _____, 2002 hereby **ORDERED** that:

1. The complaint against all defendants is **DISMISSED WITH PREJUDICE**;

2. The Clerk is directed to mail a copy of this Order together with a copy of the foregoing Memorandum to the Plaintiff; and

3. The Clerk is further directed to **CLOSE** this file.

_____
Marvin J. Garbis
United States District Judge

MICROFILMED
APR 25 2002